UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES,<br><br>                Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF EDUCATION and<br>LINDA MCMAHON, in her official capacity as<br>Secretary of Education,<br><br>                Defendants. | Civil Action No. 25-cv-3553 |

**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(h), Plaintiff hereby provides the following statement of material facts as to which there is no genuine issue:

1.     A lapse in appropriations, commonly known as a government shutdown, began on October 1, 2025.[1]

2.     When the government shut down, some Department of Education employees were already on administrative leave because of pending reduction-in-force notices. *E.g.*, E. Doe Decl. ¶ 5; G. Doe Decl. ¶ 5; J. Doe Decl. ¶ 5; L. Doe Decl. ¶ 5; P. Doe Decl. ¶ 5.

3.     In general, employees on administrative leave had already set up automated out-of-office responses for their government email addresses stating that they were unavailable. The

---

[1] Riley Beggin et al., *Government set to shut down overnight after Senate blocks funding extension*, Wash. Post (Sept. 30, 2025), https://www.washingtonpost.com/business/2025/09/30/government-shutdown-senate/.

typical language in those automatic replies was factual and nonpartisan. E. Doe Decl. ¶ 5; J. Doe Decl. ¶ 5; L. Doe Decl. ¶ 5.

4. Other employees were not on leave at the time of the shutdown but were notified that they would be put on furlough due to the lack of funding. *E.g.*, D. Doe Decl. ¶ 4; F. Doe Decl. ¶ 4; K. Doe. Decl. ¶ 5; M. Doe Decl. ¶ 5; N. Doe Decl. ¶ 5; Q. Doe Decl. ¶ 5.

5. Furloughed employees who were not already on leave were instructed to conduct orderly shutdown activities. F. Doe Decl. ¶ 4; M. Doe Decl. ¶ 5.

6. The Department of Education's Chief Human Capital Officer provided those instructions as part of the furlough notice. C. Doe Decl. ¶ 6 & Exs. A & B; M. Doe Decl. ¶¶ 5–6.

7. According to those instructions, furloughed employees were allowed up to four hours of work to perform orderly shutdown activities, which included setting up automatic out-of-office email responses. *Id.*

8. The Chief Human Capital Officer's instructions included model language for the out-of-office responses that was short, factual, and nonpartisan. *Id.* That model language stated:

> Hello, you have reached the [US Department of Education's Information Resource Center]. We are unable to respond to your request due to a lapse in appropriations for the Department of Education. We will respond to your request when appropriations are enacted. Thank you."

*Id.*

9. After furloughed employees set up their out-of-office messages, the Department of Education modified the out-of-office messages for those employees.[2] The modified out-of-office messages read:

---

[2] *E.g.*, Eileen Sullivan & Michael C. Bender, *Partisan Language Inserted Into Education Dept. Workers' Automated Emails*, N.Y. Times (Oct. 2, 2025), https://perma.cc/CFQ6-LVBS; Sunlen Serfaty et al., *Out-of-office messages blaming Democrats for shutdown sent on behalf of some federal workers without their consent*, CNN (Oct. 2, 2025), https://perma.cc/5RHC-KQJ2.

> Thank you for contacting me. On September 19, 2025, the House of Representatives passed H.R. 5371, a clean continuing resolution. Unfortunately, Democrat Senators are blocking passage of H.R. 5371 in the Senate which has led to a lapse in appropriations. Due to the lapse in appropriations I am currently in furlough status. I will respond to emails once government functions resume.

*E.g.*, D. Doe. Decl. ¶ 7; E. Doe Decl. ¶ 9.

10. Making public statements with partisan language is not part of the job responsibilities of civil servants. *E.g.*, D. Doe Decl. ¶ 3; E. Doe. Decl. ¶ 4; F. Doe Decl. ¶ 3; G. Doe Decl. ¶ 4; I. Doe Decl. ¶ 3; Q. Doe Decl. ¶ 11.

11. The Department did not inform employees that it was modifying their out-of-office messages. *E.g.*, D. Doe Decl. ¶ 6; E. Doe Decl. ¶ 6; F. Doe Decl. ¶ 5; M. Doe Decl. ¶ 7.

12. Department employees who were on administrative leave when the shutdown started do not have access to their government equipment or email addresses. E. Doe. Decl. ¶ 5; G. Doe Decl. ¶ 5; J. Doe Decl. ¶ 5; L. Doe Decl. ¶ 5.

13. Those employees have no ability to change the out-of-office messages being sent out under their name. E. Doe Decl. ¶ 11; G. Doe Decl. ¶ 11; J. Doe Decl. ¶ 11; L. Doe Decl. ¶ 11.

14. After seeing that the messages had been changed to a partisan political message, some Department employees who still had access to their government equipment changed their out-of-office messages back to nonpartisan language. F. Doe Decl. ¶¶ 7–10.[3]

15. When employees who were able to alter their out-of-office messages did so, the messages were changed yet again, without their consent, to include the partisan language. *Id.*

---

[3] Leah Feiger & Vittoria Elliott, *Government Workers Say Their Out-of-Office Replies Were Forcibly Changed to Blame Democrats for Shutdown*, WIRED (Oct. 2, 2025), https://perma.cc/QCF3-CGFS ("Some [Department of Education] employees changed their responses back to the more neutral language, only to have it changed yet again to the partisan response, multiple sources tell WIRED.").

16. At least one employee was instructed not to try to change the out-of-office message set by the Department. M. Doe Decl. ¶ 7.

17. Department of Education employees regularly use their government email addresses to communicate with external stakeholders like school district representatives, college administrators, parents, students, vendors, and other members of the public. D. Doe Decl. ¶ 9; E. Doe Decl. ¶ 11; F. Doe Decl. ¶ 11; G. Doe Decl. ¶ 11; I. Doe Decl. ¶ 10; J. Doe Decl. ¶ 11; M. Doe Decl. ¶¶ 12–13; N. Doe Decl. ¶ 11.

18. On October 6, 2025, as a result of this litigation, the Department of Education changed the out-of-office messages to the following:

> The Department employee you have contacted is currently in furlough status. On September 19, 2025, the House of Representatives passed H.R. 5371, a clean continuing resolution. Unfortunately, Democrat Senators are blocking passage of H.R. 5371 in the Senate which has led to a lapse in appropriations. The employee you have contacted will respond to emails once government functions resume.

Respectfully submitted,

/s/ Tsuki Hoshijima

| | |
|---|---|
| Cormac Early (D.C. Bar No. 1033835) | Tsuki Hoshijima (MA Bar No. 693765) |
| Allison Zieve (D.C. Bar No. 424786) | Christine L. Coogle (D.C. Bar No. 1738913) |
| PUBLIC CITIZEN LITIGATION GROUP | Jyoti Jasrasaria (D.C. Bar No. 1671527) |
| 1600 20th Street NW | Robin F. Thurston (D.C. Bar No. 7268942) |
| Washington, DC 20009 | Skye L. Perryman (D.C. Bar No. 984573) |
| 202-588-1000 | DEMOCRACY FORWARD FOUNDATION |
| | P.O. Box 34553 |
| | Washington, D.C. 20043 |
| | (202) 448-9090 |

*Counsel for Plaintiff*