UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official capacity as Secretary of Education,<br><br>Defendants. | Civil Action No. 25-cv-3553 |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

| ECF No. | EXHIBIT DESCRIPTION |
|---|---|
| 9-5 | Declaration of Everett Kelley |
| 9-6 | Declaration of A. Doe |
| 9-7 | Declaration of B. Doe |
| 9-8 | Declaration of C. Doe |
| 9-9 | Ex. A to Declaration of C. Doe (Department of Education, Memorandum of Chief Human Capital Officer, "Formal Notification for Non-Excepted Employees Regarding Furlough Due to Lapse of Appropriations" (Sept. 30, 2025)) |
| 9-10 | Ex. B to Declaration of C. Doe ("Basic Employee Furlough Checklist as of 9/30/25") |
| 9-11 | Declaration of D. Doe |
| 9-12 | Declaration of E. Doe |
| 9-13 | Declaration of F. Doe |
| 9-14 | Declaration of G. Doe |
| 9-15 | Declaration of H. Doe |
| 9-16 | Declaration of I. Doe |
| 9-17 | Declaration of J. Doe |
| 9-18 | Declaration of K. Doe |
| 9-19 | Declaration of L. Doe |
| 9-20 | Declaration of M. Doe |
| 9-21 | Declaration of N. Doe |
| 9-22 | Declaration of O. Doe |

| | |
|---|---|
| 9-23 | Declaration of P. Doe |
| 9-24 | Declaration of Q. Doe |
| 9-25 | Declaration of R. Doe |
| 9-26 | Declaration of Lara Vaive |
| 9-27 | Ex. 1: Email from Department of Justice to counsel for Plaintiffs (Oct. 6, 2025) |