**DECLARATION OF EVERETT KELLEY**

I, Everett Kelley, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge, information, and belief.

2. I am the National President of the American Federation of Government Employees, AFL-CIO ("AFGE"), a labor organization and unincorporated association that represents approximately 800,000 federal civilian employees through its affiliated councils and locals in every state in the United States.

3. AFGE is headquartered in Washington, D.C.

4. AFGE advocates on behalf of its members and seeks to promote dignity, safety, and fairness for all government employees. Our core functions include providing support, guidance, and resources to our affiliates, which are the officially recognized exclusive representatives of federal employees in various bargaining units.

5. Membership in AFGE is voluntary.

6. AFGE represents more than 2,000 federal employees at the Department of Education.

7. Through its affiliate AFGE Local 252, AFGE has more than 1,700 dues-paying members who are employees of the Department of Education.

8. AFGE has learned from its members at the Department of Education that furloughed AFGE members have had their out-of-office messages involuntarily changed to include a partisan message blaming "Democrat Senators" for the ongoing government shutdown. Affected AFGE members have reported that they did not authorize this change to their out-of-office emails. AFGE members have expressed concerns that their email addresses were being used to make statements that they would not have chosen to make on their own.

9. These concerns by AFGE members are germane to AFGE's purpose. It is essential that our members' First Amendment rights are protected. AFGE's voice as an organization is the collective voice of our members and the employees we represent. When members are unlawfully restricted in their speech or compelled to take positions that they do not agree with, it harms AFGE's ability to collectively advocate for the rights of federal employees.

10. That harm is compounded when the compelled speech, in members' names, is done without members' knowledge or consent.

11. AFGE's mission also includes promoting dignity and fairness for all government employees. Furloughed government employees are already subject to uncertainty about when they will be allowed to return to work, when they will be paid, and whether their jobs might be eliminated during the shutdown. A government shutdown is a uniquely stressful and distressing time for federal employees, and this Administration is already compounding those psychic harms by threatening to use the opportunity of the shutdown to conduct more reductions in force. Forcing furloughed employees to make involuntary political statements is further demeaning for federal employees who are already suffering significant dignitary harms because of the shutdown. Protecting federal employees from this type of harm is an important part of AFGE's work.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of October 2025.

                                                          /s/ Everett Kelley
                                                          EVERETT KELLEY