**DECLARATION OF A. DOE**

I, A. Doe, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. I am submitting this declaration under a pseudonym, as I am currently an employee of the Department of Education and am concerned about the likelihood of retaliation.

2. I work in the United States Department of Education, Office for Civil Rights. I have served as a federal government employee for approximately 15 years.

3. In my role as a nonpartisan civil servant, I understand that I should not make partisan statements while on work time. I have received ethics training each year on the Hatch Act and the limitations it imposes on my political activities while I am employed by the federal government.

4. On October 1, 2025, I was informed that I would be furloughed because of the lapse in appropriations starting on October 1, 2025. Before I was furloughed, I was directed to set up an automatic out-of-office message in my government email account to include the following language: "Thank you for your email. There is a temporary shutdown of the U.S. government due to a lapse in appropriations. I will respond to your email as soon as possible after the temporary shutdown ends. Please visit ED.gov for the latest information on the Department's operational status." I set up that automatic reply as instructed.

5. On October 1, 2025, I heard from Department colleagues that our automatic out-of-office messages had been changed without our knowledge or consent.

6. I emailed my government email address from my personal account. In response, I received an automatic out-of-office message from my government email address.

7. The automatic message, set up in my name from my government email address, stated: "Thank you for contacting me. On September 19, 2025, the House of Representatives

passed H.R. 5371, a clean continuing resolution. Unfortunately, Democrat Senators are blocking passage of H.R. 5371 in the Senate which has led to a lapse in appropriations. Due to the lapse in appropriations I am currently in furlough status. I will respond to emails once government functions resume."

8.  I did not draft this automatic message or know that it was being sent out in my name. This message purports to convey my own political views about which political party is responsible for the shutdown. I did not wish to share the views expressed in this message. I would not have written this automatic message if I had access to my account.

9.  I understand that on October 6, 2025, the Department again changed my automatic out-of-office message to state: "The Department employee you have contacted is currently in furlough status. On September 19, 2025, the House of Representatives passed H.R. 5371, a clean continuing resolution. Unfortunately, Democrat Senators are blocking passage of H.R. 5371 in the Senate which has led to a lapse in appropriations. The employee you have contacted will respond to emails once government functions resume."

10. I did not draft this revised automatic message, and the Department did not inform me of it. The revised message purports to convey political views about which political party is responsible for the shutdown, in an email that is automatically sent under my name to anyone who attempts to contact me through my government email address. I do not wish to share the views expressed in this message. I would not have written this automatic message if I had access to my account because I believe it is a partisan message.

11. The Department's revisions to my automatic email response, which appear under my name, force me to appear partisan. Both the earlier and revised versions of the partisan out-of-office messages thus have the potential to affect my professional reputation with any persons who attempt to reach me.

2

12.     Because I do not have access to my government email account, I cannot change this message. As part of my ordinary duties as a Department of Education employee, I have regularly used my government email address to correspond with recipients of federal financial assistance and complainants complaining of violations of civil rights laws. I expect that the automatic message will be sent from my account, in my name, to anyone who emails my government address, from inside or outside the government, as long as the shutdown continues.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of October 2025.

                                                       /s/ A. Doe
                                                       A. DOE