**DECLARATION OF B. DOE**

I, B. Doe, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. I am submitting this declaration under a pseudonym, as I am currently an employee of the Department of Education and am concerned about the likelihood of retaliation.

2. I work in the Office for Civil Rights. I have served as a federal government employee for approximately 6 years.

3. I am a member of the American Federation of Government Employees.

4. In my role as a nonpartisan civil servant, I understand that I should not make partisan statements while on work time. I have received training on the Hatch Act and the limitations it imposes on my political activities while I am employed by the federal government.

5. I have been on administrative leave since approximately March 24, 2025, in connection with the Department's recent reductions in force. As a result, I do not have access to my federal government equipment or email.

6. On October 1, 2025, a lapse in appropriations occurred, causing a government shutdown. That same day, I heard from Department colleagues that our automatic out-of-office messages had been changed without our knowledge or consent.

7. Because I am unable to access my government email account, I tried emailing my work email address from my personal email account. In response, I received an automatic out-of-office message from my government email address.

8. The automatic message, sent in my name from my government email address, stated "Thank you for contacting me. On September 19, 2025, the House of Representatives passed H.R. 5371, a clean continuing resolution. Unfortunately, Democrat Senators are blocking passage of H.R. 5371 in the Senate which has led to a lapse in appropriations. Due to the lapse in

appropriations I am currently in furlough status. I will respond to emails once government functions resume."

9. I did not draft this automatic message or know that it was being sent out in my name. This message purports to convey my own political views about which political party is responsible for the shutdown. I did not wish to share the views expressed in this message. I would not have written this automatic message if I had access to my account.

10. Because I do not have access to my government email account, I cannot change this message. I expect that the automatic message will be sent from my account to anyone who emails my government address, from inside or outside the government, as long as the shutdown continues.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of October 2025.

                                                       /s/ B. Doe
                                                      B. DOE