**DECLARATION OF C. DOE**

I, C. Doe, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. I am submitting this declaration under a pseudonym, as I am currently an employee of the Department of Education and am concerned about potential retaliation.

2. I have served as a federal government employee for more than ten years. I am reluctant to provide more specific information about my position at the Department because I fear retaliation if my employer discovers that I made this declaration.

3. I am also a member of the American Federation of Government Employees.

4. In my role, I communicate with individuals from educational institutions, state agencies, and other organizations.

5. I understand that the political leadership of the Department determines the policies of the Department and my role is to help implement those policies. I therefore approach my job responsibilities from a nonpartisan perspective.

6. I was informed that I would be furloughed as a result of the lapse in appropriations starting on October 1, 2025. I received instructions in a memorandum, checklist, and several emails circulated by the Department's Chief Human Capital Officer regarding furlough preparations. *See* Ex. A (memorandum); Ex. B (checklist). Consistent with those instructions, on the morning of October 1, I went to the Department's office to conduct orderly shutdown activities, including submitting and verifying my timesheet and setting up an automatic email reply to alert the public that I had been furloughed during a lapse in appropriations.

7. The language I used for my automatic reply was simple, factual, and nonpartisan, as were the models the Department had instructed me to use.

8.      In the evening of October 1, I discovered that the language in the automatic reply associated with my government email account and my colleagues' accounts had changed, so that they now read: "Thank you for contacting me. On September 19, 2025, the House of Representatives passed H.R. 5371, a clean continuing resolution. Unfortunately, Democrat Senators are blocking passage of H.R. 5371 in the Senate which has led to a lapse in appropriations. Due to the lapse in appropriations I am currently in furlough status. I will respond to emails once government functions resume."

9.      I did not draft this automatic message or know that it was being sent out in my name. This message purports to convey my own political views about which political party is responsible for the shutdown. I did not wish to share the views expressed in this message.

10.     I was surprised that the automatic reply had been changed because the Department had sent several emails detailing the process and content of the automatic reply, and setting up the auto-reply was one of two main tasks the Department had asked employees to come to the office to complete on October 1.

11.     I was also surprised that the automatic reply had been changed to a partisan message blaming one party for the lapse in appropriations because the model language the Department had provided was politically neutral. In my years as a Department employee, I had never been asked to use language taking a partisan position in a communication attributed to me.

12.     I am concerned that individuals who email me in the coming days or weeks will think that I decided to draft the automatic reply with a partisan message that they will receive from my email account, which makes me appear unprofessional and conveys a political view that I do not personally hold. I fear that this will damage professional relationships that have taken years to build.

13.     I expect that the automatic message will be sent from my account to anyone who

2

emails my government email, from inside or outside the government, as long as the shutdown continues.

      I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of October 2025.

                                                                        /s/ C. Doe
                                                                         C. DOE