# Exhibit A



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF FINANCE AND OPERATONS

September 30, 2025

**MEMORANDUM**

FOR: U.S. Department of Education Non-Excepted Employees

FROM: Jacqueline Clay
Chief Human Capital Officer
Office of Human Resources

SUBJECT: Formal Notification for Non-Excepted Employees Regarding Furlough Due to Lapse of Appropriations

This is to notify you of the absence of either an FY 2026 appropriation, or a continuing resolution, for the Department of Education (ED).  No further financial obligations may be incurred by ED, except for those related to the orderly suspension of agency operations or performance of excepted activities as directed by the Office of Management and Budget (OMB).

Certain positions within ED have been designated as "excepted" from the furlough and other positions have been deemed "non-excepted."  **You occupy a position that is identified as "non-excepted".**  This means you are being placed in a non-excepted employee furlough status effective your first regular duty date following September 30, 2025.

- ➢ Guidance for furloughed employees regarding what activities are permitted during a lapse in funding:
    - You are to report to duty on your first scheduled workday for a period not to exceed four (4) hours to perform work that is necessary to ensure the orderly suspension (shutdown) of operations.
    - After orderly shutdown activities are complete, you may not perform any further work during the shutdown unless you receive a notice that your status has changed to "excepted."

- ➢ During the orderly shutdown:
    - You may perform up to <u>4 hours</u> of work as necessary for an orderly shutdown.
    - These orderly shutdown activities should occur on your next regularly scheduled work day following the lapse in funding.
        - ◆ For most employees, this will be 4 hours beginning on the morning of Wednesday, 10/1/2025.
        - ◆ Your POC leadership or supervisor will provide guidance if your orderly shutdown activities should occur at a different date/time
    - You may <u>not</u> conduct regular business between the lapse in funding (midnight on 9/30/2025) and when you start orderly shutdown activities (for most employees, Wednesday, 10/1/2025.

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

- Orderly shutdown activities may be performed at your usual work location (whether remote or in person), unless instructed otherwise by your Principal Operating Component (POC) leadership (for example, if orderly shutdown activities require you to access a resource that is only available in person)
- Orderly shutdown activities must include:
    - Submitting and verifying your timesheet for pay period, 2025-21 (September 21 – October 4, 2025).
    - Providing current contact information to your immediate supervisor.
    - Setting up your out of office email and voicemail messages with the following language, "Hello, you have reached the [US Department of Education's Information Resource Center]. We are unable to respond to your request due to a lapse in appropriations for the Department of Education. We will respond to your request when appropriations are enacted. Thank you."
    - Canceling any scheduled leave for the next week.
    - Canceling any scheduled travel for the next week.
- Your POC leadership will provide further guidance on what additional specific activities you should perform as part of your orderly shutdown activities.

➢ After orderly shutdown is complete (for most employees, this is the afternoon on 10/1/2025):
- It is a violation of federal law for furloughed employees to perform any further work.
- You therefore may not check your work email, work voicemail, work teams accounts, etc.
- Use of government furnished equipment is not authorized during this period. You may not use your government furnished devices for non-work purposes while furloughed. Government-furnished computers and phones automatically connect to the Education Department VPN once powered on, and therefore cannot be used even for non-work purposes while you are furloughed.
- You may be contacted and required to report to duty during this period as needed to continue the efficient and effective operation of the government. If you are required to report, you will be contacted by an appropriate management official and be advised as to the time you must report.
- You may never perform work on personal devices. The only work-related function you can perform is receiving a call or email from your supervisor or POC leadership on your personal phone or personal email address telling you that your status has been changed from "non-excepted" to "excepted." In that instance, you may then power on your work device, confirm that you have received an official letter changing your status to "excepted," and then perform excepted work as directed by your supervisor/POC leadership.
- During the furlough period, you will be in a non-pay and non-duty status. Also, during the furlough, you will not be permitted to serve as an unpaid volunteer at ED and must remain away from your workplace unless and until recalled.
- Any paid leave (annual, sick, court, etc.) approved for use during the furlough period is cancelled.

➢ Returning to work when the lapse in appropriations has finished:
- This furlough, e.g., non-pay, non-working status, is not expected to exceed thirty (30) days. Therefore, this furlough notice expires no later than October 30, 2025.

- Furloughed employees are responsible for monitoring the news to learn when the lapse in appropriations has finished.  You should listen to public broadcasts, news media, and other means for further updates.
- Upon notification that a continuing resolution or a FY 2026 appropriation for ED has been approved, you will be expected to return to work (telework or in person) on your next regular duty day.

This action is being taken because of a sudden emergency requiring curtailment of the agency's activities; therefore, no advance notification is possible.  The customary thirty (30)-day advance notice period and opportunity to answer are suspended under the provisions of 5 CFR 752.404 (d)(2).  The thirty (30)-day advance notice otherwise required by 5 CFR 359.806(a) for Senior Executive Service (SES) career appointees (other than reemployed annuitants) is likewise suspended.

You may file an appeal with the Merit System Protection Board (MSPB).  You must be an "employee" as defined in accordance with 5 U.S.C. 7511 and 5 CFR Part 752 as summarized in relevant part below:

a) If you are in the competitive service and have completed one (1) year of current continuous employment under other than a temporary appointment, you may appeal this action to the MSPB.

b) If you are in the excepted service and have veteran's preference, you may appeal to the MSPB if you have completed one (1) year of current continuous service in the same or similar positions as the one that you now hold.

c) If you are in the excepted service but do not have veteran's preference, you may appeal to the MSPB if you have completed two (2) years of current continuous service in the same or similar positions in an Executive agency under other than a temporary appointment that is limited to two (2) years or less.  In addition, with the exception of veterans, you cannot be in a trial or probationary period, whether in a competitive or excepted service position, in order to have appeal rights to the MSPB.

d) Career SES appointees (except reemployed annuitants) who believe requirements of 5 CFR Part 359, subpart H, or the agency's procedures have not been correctly applied may also appeal to the MSPB.  Career SES appointees may review the regulations related to this action at the website listed below:

   [5 CFR 359, Subpart H](#)

If you have the right to appeal this action to the MSPB, your appeal must be in writing and within thirty (30) calendar days after the effective date of your furlough.  The MSPB's regulations, and instructions for filing an appeal, are available at the following website:

   http://mspb.gov/appeals/appeals.htm

If your appeal is found untimely, it will be dismissed by an MSPB Administrative Judge unless you can demonstrate a good reason for the delay.  The MSPB requires an appeal to be filed with

the MSPB regional or field office serving the area where your duty station was located when the action was taken. If you do not want to utilize the electronic filing feature, you may file a paper appeal by using the following link:

>https://e-appeal.mspb.gov/PDFTemplate/MspbAppealForm.pdf

If either link is not functioning or if you are otherwise unable to access it, please send an email to fundinglapseinfo@ed.gov for additional instructions.

If you are a bargaining unit employee, you have the right to file an appeal to the MSPB in accordance with the procedures outlined above, or file a grievance using the negotiated grievance procedure outlined in the Collective Bargaining Agreement, but not both.

Once a continuing resolution, or **FY 2026** appropriation, for the Department of Education has been approved, notification of the government status, which includes ED, will be provided via OPM's website and media reports. Employees are encouraged to download OPM's Alert mobile app or OPM's ListServ to receive email updates of operating status. You may access the site through the following links:

>OPM Alert Mobile App

>Operating Status Listserv Subscription

All employees are expected to stay abreast of government status and return to work on the next regularly scheduled workday once notification of the Federal Government being open for business occurs.

**ADDITIONAL EMPLOYEE SUPPORT OPTIONS:**

**The Employee Assistance Program** is available to employees who may need additional assistance. Self-help tools and other resources may be accessed through the following contact information:

>**Toll-free number 24/7:** 1-800-222-0364
>**TTY 24/7:** 1-888-262-7848
>**Website:** www.FOH4you.com

We recognize the difficult financial implications of any furlough. We will make every effort to keep you informed as additional information regarding the Agency funding level becomes available.