# Exhibit B

**Basic Employee Furlough**
**Checklist As of 9/30/25**

This document provides a basic checklist that serves as a **starting point** for you to use **before** a Shutdown Furlough to make sure you are well prepared.  Please review this information thoroughly, complete the checklist, and have all materials printed or saved to a non-Government personal computer/ device.  We cannot stress enough how important it is for you to complete this **BEFORE** a Shutdown Furlough.  **Please do not wait until the day a Shutdown Furlough is announced or confirmed to begin working through this checklist.**  The checklist includes a description of each item with Web links to more information, when available.

You will receive more information regarding the Shutdown Furlough from the Agency, your POC, and/or your supervisor.  We have attempted to capture some of this important information; however, our list is not all-inclusive.  We recommend making a list of important phone numbers and e-mail addresses to supplement this checklist so you have the information readily available in one place.

| √ | Basic Checklist Before Shutdown Furlough | Description |
|---|---|---|
| | Provide your personal contact information to your supervisor | You should provide the following information to your supervisor:<br><br>a.  Home and/or personal cell phone number(s) where you can be reached during the furlough.<br><br>b.  Personal e-mail addresses you will have access to during the furlough. |
| | Obtain and save on a **non-Government personal computer/ device** the personal contact information for:<br>• Your supervisor and/or<br>• Any other Points of Contact (POCs) as directed by your supervisor(s) | During a Shutdown Furlough, Government-owned resources (e.g., cell phones, e-mail accounts, etc.) may not be always available. Obtain the following information:<br><br>Supervisor Name: _____   Personal Phone: _____<br>Alternate Phone: _____   Personal E-mail: _____<br><br><br>Other POC Name: _ Personal Phone: _____<br>Alternate Phone: _____   Personal E-mail: _____<br><br><br>Other POC Name: _ Personal Phone: _____<br>Alternate Phone: _____   Personal E-mail: _____ |

1

| V | Basic Checklist Before Shutdown Furlough | Description |
|---|---|---|
| | Save and/or print copies of your latest and/or important personnel documents. | We recommend you have several important documents readily available on a non-Government personal computer/device or in hard copy form. While your individual situation may require other documents, the following list includes some of the most important ones we recommend you gather relating to your Federal employment:<br><br>1. Standard Form (SF) 50, Notification of Personnel Action (located in your eOPF)<br><br>Be sure to save/print the most recent year of SF 50s, including the one with your most recent pay information. Please ensure you access and print any needed information before a Shutdown Furlough.<br><br>2. Earnings and Leave Statement (located in Employee Express)<br><br>Be sure to save/print your most recent Earnings and Leave Statements. If you believe you will be interested in unemployment compensation, please remember each state unemployment office has requirements as to what period your Earnings and Leave Statements must cover (e.g., 1 month, 3 quarters, 1 year, etc.). BEFORE a furlough, contact your servicing unemployment office to determine what you need.<br><br>3. Form W-2, Wage and Tax Statement (located in Employee Express)<br><br>4. SF 8, Notice to Federal Employee About Unemployment Insurance (provided to employees before a Shutdown Furlough and prefilled with ED information)<br><br>5. Formal furlough notice. |
| | IT at ED | Employees must use the Virtual Private Network (VPN) whenever conducting any activities on ED equipment, including:<br><br>• Orderly shutdown activities.<br>• ED excepted services during the Government Shutdown.<br>• **All Employees:** Personally owned IT devices, technology, and applications are prohibited from connecting to any ED network or system in addition to any network or system that stores or processes ED data.<br>• **Non-Excepted Employees:** Utilization of government furnished equipment is not authorized during a furlough.<br>• **Excepted Employees (Full-Time, Part-Time, and On-Call):** You can keep your Government-issued IT devices on during the shutdown.<br><br>**Please remember to use the Virtual Private Network (VPN) whenever you are conducting ED excepted services during the shutdown due to a lapse in funding. This ensures your IT device is getting appropriate patching and is protected by other layers of ED's network infrastructure to guard against cyber threats.**<br><br>Excepted employees will still have limited IT support during the furlough from. Excepted individuals in need of assistance, should continue to call 1-202-708-4357. |

| √ | Basic Checklist Before Shutdown Furlough | Description |
|---|---|---|
| | From your ED computer, check system passwords and account information for all systems and programs you may need to access. Collect the system links you may need from a non-Government personal computer/device. Test the system links using a non-Government personal computer/device. | You should review password expiration dates and reset any passwords that may expire in the next 30 days to ensure you are not locked out.<br><br>NOTE: ALL password resets should be done from your ED computer BEFORE a Shutdown Furlough. Be sure you maintain compliance with security regulations (e.g., do <u>not</u> record that information in this document).<br><br>After collecting the links, usernames, and passwords (in the previous item), test all of them from a non-Government personal computer/device. It is critical to complete this test BEFORE a Shutdown Furlough so you know you can access the systems and sites. Keep in mind that during a furlough, some or all the sites may not be available, but that is determined by each event's circumstances. |
| | Determine the status of any training or academic education already scheduled for you. | If you have training scheduled during a time when a Shutdown Furlough is possible or anticipated, do the following:<br>1. Typically, the following applies to academic education:<br>   a. Employees who are in a pay status and attend academic programs on a full-time basis will NOT be allowed to continue with their scheduled courses during a shutdown.<br>   b. Employees who attend academic courses during normal work hours (and are compensated for time spent in class) will NOT be allowed to continue with their scheduled courses during a shutdown.<br>   c. Employees who attend academic courses outside normal work hours (and are not compensated for time spent in class) will be allowed to continue with their scheduled courses during a shutdown. Employees are encouraged to reach out to their Servicing HR Office if there's a question of whether funding has been approved/sent to the academic institution BEFORE a shutdown occurs.<br>   d. Use of Government-issued computers is NOT permitted for these purposes as it is considered a non-excepted activity.<br>2. Contact your Servicing HR Office and supervisor for additional information. |
| | Determine what happens if you are scheduled to travel, if you are on travel, or if you are on Temporary Duty (TDY)/Extended Temporary Duty (ETDY). | If you are on travel or are scheduled to be on travel during a time when a Shutdown Furlough is possible or anticipated, contact your supervisor for additional information. |
| | Know and understand your Shutdown Furlough status (i.e., full-time, part- time, on-call excepted or non-excepted). | **Determining Furlough Status for Activities and Employees:** ED has worked to determine which of our activities may continue under the legal restrictions that govern a Shutdown Furlough (i.e., lapse in appropriations). The activities that may legally continue are called "excepted" activities. The activities that may not legally continue are called "non-excepted" or "furloughed" activities. |

3

| V | Basic Checklist Before Shutdown Furlough | Description |
|---|---|---|
| | | **Excepted Status:** Based on the legal determination about the excepted activities, ED has determined which employees would continue to report to work to perform the excepted activities. If excepted, you may work on:<br>• Full-time Activities<br>• Part-time Activities for which you are required to work only for the duration of specific, named activities or during specific time periods.<br>• On-call Activities for which you may be called to work (at home or in the office) to perform specific excepted work.<br>As an excepted employee you will be retained beyond the furlough date for the orderly suspension of agency operations and to continue your duties for a specific, or possibly for the full, furlough period. If you have questions, you should contact your first line supervisor.<br>**Non-excepted/Furloughed Status:** All employees who are not assigned to perform excepted activities must legally be placed on furlough. During the furlough, you will not be permitted to serve as an unpaid volunteer but must remain away from your workplace unless and until recalled. Any paid leave (annual, sick, court, etc.) approved for use during the furlough period is cancelled.<br>**Changes in Status:** Your status may change over time as circumstances evolve (e.g., you may be non-excepted then be called in to work); if this occurs, you will be informed directly.<br>**What Your Status Means:** Your categorization/status as excepted or non-excepted (i.e., furloughed) is <u>not</u> a reflection on the quality of your work, nor is it an indication of your importance to our Agency. It is merely a reflection of the legal requirements under which we must operate should a lapse in funding occur.<br>**Receiving Shutdown Furlough Status Notifications:** If you will perform full-time, part-time, or on-call excepted activities during a Shutdown Furlough, you will receive individual notification of your excepted status. After excepted status notifications are issued, a general notice will be sent to all employees informing them that, unless they have already received excepted status notifications, they will be furloughed. NOTE that this general notice is not the formal furlough notice that is normally delivered on the day the Shutdown Furlough begins. |
| | Gather information if you will or may be required to work. | If you will or may be required to work during the shutdown (i.e., excepted), you should have the following information:<br>1. The specific days and hours worked is to be performed, if known. If you are on-call, how you will be contacted.<br>2. What work you are permitted to perform.<br>3. Any specific security requirements.<br>4. How you will record and report time performing excepted work.<br>5. How you will be notified if you are required to work (e.g., Are you required to check e-mail at intervals? Will you receive a phone call?).<br>6. Guidance on filing a Federal Workers' Compensation claim if you sustain a work-related injury/illness while you are on duty/performing excepted work.<br>Please take note of the following information: |

4

| V | Basic Checklist Before Shutdown Furlough | Description |
|---|---|---|
| | | 1. You may perform only the identified excepted work.<br>2. You will be furloughed during all time you are not performing the excepted work. |
| | Determine when and how you will perform shutdown activities. | Shutdown activities must be done in person for employees regularly scheduled to be in the office on October 1, 2025.<br><br>If you will be performing any excepted activities via telework during the Shutdown Furlough, you must have an approved Telework Agreement on file prior to the shutdown. |
| | Save and/or print copies of information, guidance, and communications related to the shutdown. | Before a Shutdown Furlough, a great deal of information will be sent out or made available. During a furlough, many Web sites may be down, and Government computer access may be limited. We recommend that you save the information on a non-Government personal computer/device or print out relevant information and have it readily available. Examples of information and communications to save/print include, but are not limited to:<br>• Leadership messages.<br>• Agency and Office of Human Resources messages.<br>• Office of Personnel Management's (OPM's) Frequently Asked Questions (FAQs). (From the OPM Pay & Leave Furlough Guidance Page, click the **Shutdown Furlough** tab and the **Guidance for Shutdown Furloughs** link.) |
| | Ensure your timesheet in Quicktime is accurate before a Shutdown Furlough. | You will receive guidance on updating Quicktime for the days prior to the shutdown effective date. For you to receive an accurate accounting of benefits and entitlements, you must enter your time in accordance with guidance received. We recommend you print/save the instructions and have them handy because you may be asked to complete this information shortly before a shutdown. |
| | Obtain any advice on your Federal ethics requirements you will need during the Shutdown Furlough. | Federal ethics requirements remain in force during a Shutdown Furlough, and certain kinds of outside work must be approved by ED beforehand. You should obtain any ethics advice and outside activity approvals you need prior to shutdown. |
| | Know the procedures established by your organization for shutdown activities, which will include at a minimum:<br>1. Open/ Acknowledge your Shutdown Furlough notice<br>2. Activate your out-of-office for your phone and e-mail | 1. **Open, review, save/print your Shutdown Furlough notice and follow instructions.** Should a shutdown occur, you will be contacted and either provided a written or verbal notification of your Shutdown Furlough notice. You must acknowledge Shutdown Furlough notices in accordance with your supervisor's direction. Since access to your ED e-mail during the shutdown may be limited, we recommend that you print out or save your Shutdown Furlough notice and any attachments on a non-Government personal computer/device.<br>2. **Activate your out-of-office messages according to** |

| V | Basic Checklist Before Shutdown Furlough | Description |
|---|---|---|
| | | your excepted or furloughed status. Be sure you have procedures for doing this remotely, if needed.<br>• If you are an excepted employee during a Shutdown Furlough, work with your supervisor to develop appropriate messages.<br>3.ED recommends the following template verbiage for out-of-office messages for furloughed employees:<br>• **Voice Mail Template and E-mail Out of Office Template – Furloughed Employee.** "Hello, you have reached the [US Department of Education's Information Resource Center]. We are unable to respond to your request due to a lapse in appropriations for the Department of Education. We will respond to your request when appropriations are enacted. Thank you." |
| | Understand your "return to work" procedures. | Before shutting down, discuss with your supervisor how you will be notified to return to work. |
| | Understand your rights and responsibilities regarding Federal Workers' Compensation. | If you are currently receiving or have an approved Federal Workers' Compensation claim, you will continue to work with DOL regarding your claim, which may include filing forms and submitting information to support continuing compensation or medical reimbursement.<br>If during a Shutdown Furlough you are an excepted employee and are injured on the job:<br>1. Obtain medical treatment if needed.<br>2. Contact the supervisor you are reporting to during the furlough to report the injury.<br>3. If you choose to file an injury/illness claim for compensation, access the DOL Employees' Compensation Operations & Management Portal (ECOMP) page. |
| | Understand your rights and responsibilities regarding Unemployment Compensation. | Please refer to the following appendix and attachment in this document for more information:<br>• Appendix C, Unemployment Compensation for Federal Employees and Attachment 1, SF 8, Notice to Federal Employee About Unemployment Insurance, Prefilled for ED Employees<br>**Please note that if you receive Unemployment Compensation for the Shutdown Furlough, you will be required to repay the Unemployment Compensation funds due to the fact that you will receive retroactive pay per the Government Employee Fair Treatment Act of 2019 (S. 24).** |
| | If you need access to mental health counseling during the Shutdown Furlough, contact your Employee Assistance Program (EAP) counselor to determine that program's local status | The EAP can be contacted at (800) 222-0364 or by visiting the website at www.FOH4you.com |

6