**DECLARATION OF D. DOE**

I, D. Doe, declare as follows:

1.	I am over the age of 18 and competent to testify to the matters described below. I am submitting this declaration under a pseudonym, as I am currently an employee of the Department of Education and am concerned about the likelihood of retaliation.

2.	I work in the Federal Student Aid Office. I have served as a federal government employee for approximately 5 years.

3.	In my role as a nonpartisan civil servant, I understand that I should not make partisan statements while on work time. I've received training each year on the Hatch Act and the limitations it imposes on my political activities while I am employed by the federal government.

4.	On September 30, I was informed that I would be furloughed because of the lapse in appropriations starting on October 1, 2025. Before I was furloughed, I was directed to post an automatic out-of-office message in my government email account. I used a standard out-of-office message that stated that due to a lapse in appropriations funding there would be a delay in responding to any inquiries.

5.	Department staff typically set their own out-of-office messages. I have always done so in the past. To my knowledge, the Department has not previously altered my out-of-office messages.

6.	On October 2, 2025, I became aware that my automatic out-of-office message had been changed without my knowledge or consent.

7.	The automatic message, set up in my name from my government email address, stated: "Thank you for contacting me. On September 19, 2025, the House of Representatives passed H.R. 5371, a clean continuing resolution. Unfortunately, Democrat Senators are blocking

passage of H.R. 5371 in the Senate which has led to a lapse in appropriations. Due to the lapse in appropriations I am currently in furlough status. I will respond to emails once government functions resume."

8. I did not draft this automatic message or know that it was being sent out in my name. This message purports to convey my own political views about which political party is responsible for the shutdown. I did not wish to share the views expressed in this message. I would not have written this automatic message.

9. As part of my ordinary duties as a Department of Education employee, I have regularly used my government email address to correspond with universities, non-profits, vendors, and other third parties. I expect that the automatic message will be sent from my account to anyone who emails my government address, from inside or outside the government, as long as the shutdown continues.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of October 2025.

                                                               /s/ D. Doe  
                                                                D. Doe