**DECLARATION OF H. DOE**

I, H. Doe, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. I am submitting this declaration under a pseudonym, as I am currently an employee of the Department of Education and am concerned about the likelihood of retaliation.

2. I work in the Office for Civil Rights (OCR). I have served as a federal government employee for approximately 20 years, 24 years when counting my prior honorable military service.

3. I am a member of the American Federation of Government Employees.

4. In my role as a nonpartisan civil servant, I understand that I should not make partisan statements while on work time. Throughout my time with the federal government, the requirements and prohibitions of the Hatch Act have been repeatedly emphasized to me, particularly the prohibitions against engaging in political or partisan speech that favors or denigrates one political party over another. The requirements of the Hatch Act are so important to the federal government and its workforce that I regularly receive training about the Act and the types of actions that it prohibits.

5. On September 30, 2025, I was informed that I would be furloughed because of the lapse in appropriations starting on October 1, 2025. Before I was furloughed, I received from the Department's Chief Human Capital Officer (CHCO) a September 30, 2025 notice regarding my furlough status that stated numerous actions that I had to take prior to being furloughed to best ensure the most orderly shutdown for my employment position. Included in the notice was a section titled "Orderly shutdown activities must include" that stated actions that I needed to complete prior to ceasing all of my employment activities. One of the actions stated:

Setting up your out of office email and voicemail messages with the following language, "Hello, you have reached the [US Department of Education's Information Resource Center]. We are unable to respond to your request due to a lapse in appropriations for the Department of Education. We will respond to your request when appropriations are enacted. Thank you."

6. Following the above directive, I changed my out-of-office auto response that is sent by Microsoft Outlook so that it would read: "Hello, you have reached the U.S. Department of Education's Office for Civil Rights. We are unable to respond to your request due to a lapse in appropriations for the Department of Education. We will respond to your request when appropriations are enacted. Thank you."

7. On October 1, 2025, I heard from Department colleagues that our automatic out-of-office messages had been changed without our knowledge or consent.

8. Throughout my time at the Department, I have always personally enabled my out-of-office auto response and written for myself what it should state whenever I have been away from my office for any length of time. The only time this did not happen was earlier this year when I was placed on administrative leave pending separation due to a reduction in force (RIF) and someone, without my knowledge or consent, at the beginning of April 2025, activated an out-of-office auto response to my email account.

9. On October 2, 2025, I emailed my government email address from my personal account. In response, I received an automatic out-of-office message from my government email address.

10. The automatic message, set up in my name from my government email address, stated : "Thank you for contacting me. On September 19, 2025, the House of Representatives passed H.R. 5371, a clean continuing resolution. Unfortunately, Democrat Senators are blocking passage of H.R. 5371 in the Senate which has led to a lapse in appropriations. Due to the lapse in

2

appropriations I am currently in furlough status. I will respond to emails once government functions resume."

11.  I did not draft this automatic message or know that it was being sent out in my name. This message purports to convey my own political views about which political party is responsible for the shutdown. I did not wish to share the views expressed in this message. I would not have written this automatic message if I had access to my account.

12.  Because I do not have access to my government email account, I cannot change this message.  As part of my ordinary duties as a Department of Education employee, I have regularly used my government email address to correspond with individuals who have filed complaints, administrators at school districts and postsecondary institutions that are the subject of complaints, employees and staff at educational institutions who are witnesses to the alleged discrimination stated in complaints, employees and staff at the state education department, employees and staff at county offices of education and at special education local plan areas (SELPAs), and other outside parties and individuals. I expect that the automatic message will be sent from my account to anyone who emails my government address, from inside or outside the government, as long as the shutdown continues.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of October 2025.

                                                     /s/ H. Doe
                                                    H. DOE