## DECLARATION OF M. DOE

I, M. Doe, declare as follows:

1.      I am over the age of 18 and competent to testify to the matters described below. I am submitting this declaration under a pseudonym, as I am currently an employee of the U.S. Department of Education ("Department") and am concerned about the likelihood of retaliation, especially as I am currently still under a one-year probationary period for new employees.

2.      I work for the Department's Office for Civil Rights ("OCR"). I have served as a federal government employee for nearly 1 year.

3.      I am a member of the American Federation of Government Employees ("AFGE") union. I am a dues-paying, AFGE union member in good standing.

4.      In my role as a non-partisan civil servant, I understand that I should not make partisan statements while on work time. During my new employee orientation in 2024, I received training on the Hatch Act and limitations imposed on my political activities while I am employed by the federal government.

5.      On October 1, 2025, I received formal notice that I would be furloughed, as a "non-excepted" employee, because of the lapse in federal appropriations starting on that date. This notice came via a memo, attached to an e-mail from CHCO (the Chief Human Capital Office at the Department) to my government e-mail account at 9:50 a.m. ET. As confirmed in the formal furlough notice, Department employees subjected to the furlough were allowed up to 4 on-duty hours that day, in order to address logistical tasks necessary for the shutdown, prior to officially starting their employee furlough period. Accordingly, I used part of that allotted time to set up an automatic out-of-office message for my government e-mail account, per Department

directives. I set up this message around 11:30 a.m. ET, prior to signing out of my account, turning off my government furnished laptop, and beginning my (ongoing) furlough period.

6.      My automatic e-mail reply message, which I activated that morning, did not include any partisan political statements. My message was based on the out-of-office e-mail and voicemail message text that was previously provided by the Department as an example for employees to use in their government accounts while on furlough. This example text was included in government shutdown contingency instructions that the Department e-mailed to employees on September 29, September 30, and October 1, 2025, and was even included in my formal furlough notice itself. The example text, with bracketed text to be customized, read as follows, "Hello, you have reached the [US Department of Education's Information Resource Center]. We are unable to respond to your request due to a lapse in appropriations for the Department of Education. We will respond to your request when appropriations are enacted. Thank you."

7.      On the evening of October 1, 2025, at 6:40 p.m. ET, I received a telephone call from my Department supervisor to my personal cell phone. In the days immediately prior to the current shutdown, Department employees had been asked to confirm the accuracy of personal contact information on file, so that supervisors could contact subordinates with any important and urgent updates regarding the furlough. During the aforementioned call, my supervisor informed me that our automatic out-of-office messages had been changed by the Department and directed me not to try to access my account to change (or remove) the new message. I was instructed to leave the new text "as-is," despite being set without my prior knowledge or consent.

8.      Department staff typically set their own out-of-office messages. I have always done so in the past. To my knowledge, the Department has not previously altered my out-of-office messages.

9.      After receiving the call from my Department supervisor, I corresponded with a Department colleague via text message between our personal cell phones that same evening, asking if the colleague had been informed by her supervisor of any changes to our out-of-office messages. At 9:40 p.m. ET, that colleague text-messaged me a screenshot of the automatic reply that she received after e-mailing her government e-mail from her personal e-mail. Accordingly, I e-mailed my government e-mail address from my personal account, to confirm whether the out-of-office message that I had set up that morning had later been replaced with a different message. In response, I received an automatic out-of-office message from my government e-mail address at 9:46 p.m. ET. This automatic response matched the automatic out-of-office message that my colleague received after she did the same with her own accounts that evening.

10.      The automatic message that I received that evening (on October 1, 2025), set up in my name and coming from my government e-mail address, read, "Thank you for contacting me. On September 19, 2025, the House of Representatives passed H.R. 5371, a clean continuing resolution. Unfortunately, Democrat Senators are blocking passage of H.R. 5371 in the Senate which has led to a lapse in appropriations. Due to the lapse in appropriations I am currently in furlough status. I will respond to emails once government functions resume."

11.      I did not draft this new automatic message, nor did I know in advance that it was being added to my government e-mail account and sent in my name. This message purports to convey my own political views about which political party is responsible for the shutdown. I did not (and do not) wish to share the views expressed in this message. I would not have written this automatic message, or any partisan message, if I had current access to my government account.

12.      Because I do not have legal authorization to access my government e-mail account while furloughed, I cannot change this message. As part of my ordinary duties as a Department employee, I have regularly used my government e-mail address to correspond with

school district representatives; college administrators; parents, students, and other individuals alleging civil rights violations in educational settings; as well as similar external stakeholders across multiple U.S. states. I expect that the new automatic message will be sent from my account to anyone that e-mails my government address, from inside or outside the government, for as long as the shutdown continues.

13.    I fear that the new automatic message, set on my behalf without my permission, may undermine external stakeholders' confidence in the non-partisan posture that my role at OCR requires, as well as potentially undermine confidence in the neutrality of my office as a whole. My office's ability to properly serve the American public depends on partisan impartiality. As mandated by federal statutes, OCR enforces multiple federal civil rights protections. OCR staff members are tasked with receiving, evaluating, investigating, resolving, and/or monitoring related legal compliance issues raised in educational settings. OCR holds itself out to the public as, and verbatim represents itself to be, a "neutral fact finder." I believe that publicly making explicitly partisan statements, such as the one in the automatic e-mail response currently being attributed to my colleagues and me without consent, undermines that capacity.


I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.


Executed this 3rd day of October 2025.

                                         /s/ M. Doe
                                        M. DOE

4