UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official capacity as Secretary of Education,<br><br>Defendants. | Civil Action No. 25-cv-3553 |

## PLAINTIFF'S MOTION FOR AN EXPEDITED BRIEFING SCHEDULE AND FOR RELIEF FROM STANDING ORDER NO. 25-55

Plaintiff respectfully moves the Court for an order setting an expedited briefing schedule for resolution of its motion for summary judgment filed today, October 7, 2025. Plaintiff proposes the following schedule:

| | |
|---|---|
| Defendants' response to summary judgment motion | October 14, 2025 |
| Plaintiff's reply in support of summary judgment | October 17, 2025 |

Plaintiff challenges Defendants' modification of furloughed federal employees' out-of-office email messages to insert partisan political language about the ongoing government shutdown. *See* Complaint, ECF No. 1. Defendants' conduct is causing ongoing First Amendment harm to Plaintiff's members. *See Roman Cath. Diocese of Brooklyn v. Cuomo*, 592 U.S. 14, 19 (2020) (per curiam) ("The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." (quoting *Elrod v. Burns*, 427 U.S. 347, 373 (1976)

1

(plurality opinion))). Although Defendants revised the out-of-office messages in response to this litigation, the modification does not cure the constitutional defect—for reasons explained in Plaintiff's summary judgment motion.

The conduct challenged in this action is specifically tied to the shutdown and, presumably, will last only for the duration of the shutdown. Because of the inherently short-term nature of the challenged conduct and the unknowable length of the government shutdown, an expedited merits briefing schedule is necessary to allow any possibility of a timely final resolution. The facts are not meaningfully in dispute, so this case can proceed expeditiously and efficiently to final resolution through summary judgment.

Because Plaintiff's claim is tied to Defendants' conduct during the shutdown itself, Plaintiff seeks relief from Standing Order No. 25-55 (JEB), *In re: Stay of Civil Proceedings Involving the United States in Light of Lapse of Appropriations* (Oct. 1, 2025), which stays civil cases involving the federal government. This Court may relieve any party from the Standing Order's blanket stay in "any particular civil action" by "further order of the Court." *Id.* The Court should lift the stay as to this case because delaying resolution of this matter would implicate the federal judiciary's core constitutional duty of hearing and deciding cases on a timely basis. *See Plaut v. Spendthrift Farm, Inc.*, 514 U.S. 211, 218 (1995) ("Article III establishes a 'judicial department' with the 'province and duty … to say what the law is' in particular cases and controversies."). The nature of this controversy means that delaying resolution may hinder the Court's ability to offer meaningful relief. Given the serious constitutional question posed, expedition is warranted.

Counsel for Plaintiff conferred with counsel for Defendants and were informed that Defendants oppose this motion and intend to file a response within 24 hours of this motion.

For the above reasons, Plaintiff respectfully requests that the Court enter the attached order setting an expedited schedule for summary judgment briefing.

                                                            Respectfully submitted,

                                                            /s/ Tsuki Hoshijima
Cormac Early (D.C. Bar No. 1033835)                         Tsuki Hoshijima (MA Bar No. 693765)
Allison Zieve (D.C. Bar No. 424786)                         Christine L. Coogle (D.C. Bar No. 1738913)
PUBLIC CITIZEN LITIGATION GROUP                             Jyoti Jasrasaria (D.C. Bar No. 1671527)
1600 20th Street NW                                         Robin F. Thurston (D.C. Bar No. 7268942)
Washington, DC 20009                                        Skye L. Perryman (D.C. Bar No. 984573)
202-588-1000                                                DEMOCRACY FORWARD FOUNDATION
                                                            P.O. Box 34553
                                                            Washington, D.C. 20043
                                                            (202) 448-9090

                                                            *Counsel for Plaintiff*