## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official capacity as Secretary of Education,<br><br>*Defendants*. | Case No. 25-cv-3553-CRC |

## **DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT**

Defendants hereby cross move pursuant to Federal Rules of Civil Procedure 56 for summary judgment in their favor. In support of this motion, Defendants submit the accompanying memorandum of law, statement of undisputed material facts, the Declaration of Chase Forrester, and a proposed order. For the reasons explained in that memorandum, Defendants respectfully request that the Court grant their motion.

Dated: October 16, 2025							Respectfully submitted,

											BRETT A. SHUMATE
											Assistant Attorney General
											Civil Division

											DIANE KELLEHER
											Director
											Civil Division, Federal Programs Branch

											JOSEPH E. BORSON
											Assistant Director
											Civil Division, Federal Programs Branch

											/s/ *James J. Wen*
											JAMES J. WEN
											Trial Attorneys, U.S. Department of Justice
											Civil Division, Federal Programs Branch
											1100 L Street, N.W.
											Washington, D.C. 20005
											Telephone: (202) 598-7361
											E-mail: james.j.wen@usdoj.gov

											*Counsel for Defendants*