UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 25-cv-3553 (CRC) |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [9] Plaintiff's Motion for Summary Judgment is **GRANTED**. It is further

**ORDERED** that [15] Defendants' Cross-Motion for Summary Judgment is **DENIED**. It is further

**DECLARED** that the Defendants unlawfully modified Department of Education employees' out-of-office e-mail messages to include partisan language without the employees' knowledge or consent, in violation of the First Amendment to the United States Constitution. It is further

**ORDERED** that the following relief applies to Department of Education employees who are members of the American Federation of Government Employees:

1. Defendants are **DIRECTED** to immediately take steps to remove all partisan language that they or their agents caused to be added to Department of Education employees' out-of-office e-mail messages;

2. Defendants are permanently **ENJOINED** from modifying furloughed employees' out-of-office e-mail messages to include partisan speech;

3. Defendants are permanently **ENJOINED** from modifying the out-of-office e-mail messages for employees on administrative leave to include partisan speech. It is further

**ORDERED** that the Defendants shall file a status report within two business days of this Order describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements. It is further

**ORDERED** that this Order shall remain in effect until further Order of this Court. This is a final appealable Order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date:   November 7, 2025