#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Case No. 1:25-cv-03553 |

### DECLARATION OF CANDICE JACKSON

Pursuant to 28 U.S.C. § 1746, I, Candice Jackson, declare as follows:

1. I am a Deputy General Counsel for the U.S. Department of Education ("Department"), headquartered in Washington, D.C. I make this Declaration based on my own personal knowledge, on information contained in the records of the Department, or on information provided to me by Department employees.

2. I have served in this position since January 20, 2025. In my role at the Department, I am responsible for advising Department leadership on legal matters including compliance with court orders.

3. In compliance with the Court's order entered in this matter on November 7, 2025, on November 10, 2025, I directed the Department's Office of the Chief Information Officer to implement, and OCIO did implement, a revised, standardized Department "out of office" ("OOO") message via the Department email accounts used by employees furloughed during the current lapse in appropriations. The revised OOO message implemented reads:

    The email address you have contacted is the property of the U.S. Department of Education. The Department employee you have contacted is currently in furlough status. There is a temporary shutdown of the U.S. government due to a lapse in appropriations. The employee you have contacted will respond to emails once government functions resume. Please visit ED.gov for the latest information on the Department's operational status.

4.    Following implementation of the OOO message described in Paragraph 3 on November 10, 2025, there is no partisan speech used in OOO messages set by the Department with respect to any employees, including furloughed employees and employees on administrative leave.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2025

_[signature]_

Candice Jackson